# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

MALIBU MEDIA, LLC,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　Civil Action No. 5:15-cv-01551-FJS-DEP

JOHN DOE subscriber assigned IP address
104.229.83.37,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice</u>. John Doe was assigned the IP address 104.229.83.37. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: May 6, 2016

**IT IS SO ORDERED:**
_/s/ David E. Peebles_
**David E. Peebles**
**U.S. Magistrate Judge**

**Dated:** _May 10, 2016_
    **Syracuse, NY**

Respectfully submitted,

By: _/s/ Jacqueline M. James_
Jacqueline M. James, Esq.
jjameslaw@optonline.net
The James Law Firm PLLC
445 Hamilton Avenue
Suite 1102
White Plains, New York 10601
Telephone: 914-358-6423
Facsimile: 914-358-6424
*Attorney for Plaintiff*

1

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 6, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                      By: /s/ *Jacqueline M. James*
                            Jacqueline M. James